KAUFMANN'S CAROUSEL, INC., Appellant, v CAROUSEL CENTER COMPANY LP et al., Respondents. (And Other Actions.)

Submitted May 14, 2012; decided June 27, 2012

Motion for reargument of motion for leave to appeal denied [*see* 18 NY3d 975 (2012)].